**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALLEGRA P. TOWNSEND,

    Plaintiff,

v.                                                             Case No. 8:11-cv-2426-T-30AEP

SOUTHWEST BAR B Q, INC.
d/b/a Sonny's Restaurant,

    Defendant.
_____/

**ORDER OF DISMISSAL**

    Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #7). Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed with prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on December 15, 2011.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-2426.dismiss 7.wpd